Arne M. Olson (Appearing Pro Hac Vice)
Joseph M. Kuo (Appearing Pro Hac Vice)
Dennis H. Ma (Appearing Pro Hac Vice)
OLSON & HIERL, LTD.
30 North Wacker Drive, 36th Floor
Chicago, IL 60606
Telephone: (312) 580-1180
Facsimile: (312) 580-1189
E-mail: aolson@olsonhierl.com
jkuo@olsonhierl.com
dma@olsonhierl.com

Garner K. Weng - 191462
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
E-mail: gweng@hansonbridgett.com

Attorneys for Defendant and Counterclaimant
DEVRY INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBOLAW CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVRY INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | No. 3:07-cv-00903-JL<br><br>**DEFENDANT AND COUNTERCLAIMANT DEVRY INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: May 23, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. James Larson |

Following up on our instructions from the Clerk of the Court, Arne M. Olson, counsel for Defendant and Counterclaimant DEVRY INC., requests permission from the Court to appear telephonically at the Case Management Conference, currently scheduled for May 23, 2007 at 10:00 a.m. The reason for the request is that Mr. Olson is based out of state, in Chicago, Illinois. Counsel for Plaintiff and Counterdefendant does not object to Mr. Olson appearing telephonically.

- 1 -
DEFENDANT DEVRY INC.'S REQUEST TO APPEAR TELEPHONICALLY
AT CASE MANAGEMENT CONFERENCE (3:07-CV-00903-JL)

1320632.1

Should the Court grant this request, Mr. Olson can be reached at the time of the conference at (312) 580-1180 or will call in to the Court as it may direct.

DATED: May 18, 2007

By: _____/s/_____
    Arne M. Olson
    Joseph M. Kuo
    Dennis H. Ma
    OLSON & HIERL, LTD.
    30 North Wacker Drive, 36th Floor
    Chicago, IL 60606
    Telephone: (312) 580-1180
    Facsimile: (312) 580-1189
    E-mail: aolson@olsonhierl.com
            jkuo@olsonhierl.com
            dma@olsonhierl.com

Garner K. Weng, Esq.
HANSON BRIDGETT MARCUS VLAHOS & RUDY
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
E-mail: gweng@hansonbridgett.com

Attorneys for Defendant and Counterclaimant
DEVRY INC.

IT IS SO ORDERED:

DATED: May 22, 2007

*IT IS SO ORDERED*
*/s/ James Larson*
*Judge James Larson*

HONORABLE JAMES LARSON
United States District Judge

- 2 -
DEFENDANT DEVRY INC.'S REQUEST TO APPEAR TELEPHONICALLY
AT CASE MANAGEMENT CONFERENCE (3:07-CV-00903-JL)

1320632.1