TODD A. NOAH (SBN 152328)
TED K. JOE (SBN 242589)
**DERGOSITS & NOAH LLP**
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:   tnoah@dergnoah.com
            tjoe@dergnoah.com

Attorneys for Plaintiff
**ROBOLAW CORPORATION**

ARNE M. OLSON, *Pro Hac Vice*
aolson@olsonhierl.com
JOSEPH M. KUO, *Pro Hac Vice*
jkuo@olsonhierl.com
DENNIS H. MA, *Pro Hac Vice*
dma@olsonhierl.com
BRIAN M. WISHNOW, *Pro Hac Vice*
bwishnow@olsonhierl.com
**OLSON & HIERL, LTD.**
20 N. Wacker Drive, 36th Floor
Chicago, IL 60606-3113
Telephone:  (312) 580-1180
Facsimile:  (312) 580-1189

Attorneys for Defendant
**DEVRY INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBOLAW CORPORATION,                )<br>                                                    )<br>            Plaintiff,                         )<br>                                                    )<br>      v.                                           )<br>                                                    )<br> DEVRY INC.                                 )<br>                                                    )<br>            Defendant.                     )<br>_____) | Case No. C 07 0903 JL<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER COMPELLING<br>PRODUCTION OF LICENSE AND<br>SETTLEMENT AGREEMENTS** |

WHEREAS, on May 8, 2007, Defendant DEVRY INC. ("DeVry") propounded upon Plaintiff ROBOLAW CORPORATION ("Robolaw") its First Set of Interrogatories and First Set of Requests for Production of Documents and Things seeking, *inter alia*, license agreements and settlement agreements.

WHEREAS, Robolaw has not yet produced the license and settlement agreements due to confidentiality provisions, but has indicated that it will be able to produce the agreements if so compelled by a court order.

WHEREAS, in the spirit of both parties' desire to work toward a meaningful and productive Mediation, both parties agree that it is necessary and desirable for Robolaw to produce these documents well in advance of the Mediation scheduled for August 27, 2007.

NOW THEREFORE, Plaintiff Robolaw and Defendant DeVry hereby stipulate, pursuant to the July 30, 2007 agreement between counsel, and agree as follows:

1.      Robolaw shall produce within ten (10) calendar days of entry of this Order the terms of, and all documents pertaining to or comprising, license agreements between Robolaw and Bar/Bri Group (October 19, 2001), Robolaw and J.F. Wiley & Sons, Inc. (April 29, 2005), Robolaw and Bisk Education, Inc. (September 20, 2006), Robolaw and Harcourt Brace, and Robolaw and any other party in connection with U.S. Patents 5,618,182, 5,885,087, 6,086,382, and 6,986,664 (the "Robolaw Patents").

2.      Robolaw shall produce within (10) calendar days of entry of this Order all settlement agreements between Robolaw and Harcourt Brace, and Robolaw and any other party relating to any litigation threatened or brought in connection with the Robolaw Patents.

1   Dated: August 3, 2007                          Dated: August 3, 2007

2   DERGOSITS & NOAH LLP                           OLSON & HIERL, LTD.

3
    By: _____//s// Todd A. Noah_____              By: _____//s// Joseph M. Kuo_____
4          Todd A. Noah                                  Arne M. Olson
           Ted K. Joe                                    Joseph M. Kuo
5          DERGOSITS & NOAH LLP                          Dennis H. Ma
           Four Embarcadero Center                       Brian M. Wishnow
6          Suite 1450                                    OLSON & HIERL, LTD.
           San Francisco, California 94111               20 North Wacker Drive, 36th Floor
7          Tel: (415) 705-6377                           Chicago, IL  60606
           Fax: (415) 705-6383                           Telephone: (312) 580-1180
8                                                        Facsimile: (312) 580-1189

9          Attorneys for Plaintiff                       Attorneys for Defendant
           ROBOLAW CORPORATION                           DEVRY INC.
10

11

12        IT IS SO ORDERED.

13

14   DATED:  _August 8, 2007_____

        _____
15                                 UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28