| | |
|---|---|
| TODD A. NOAH (SBN 152328) | ARNE M. OLSON (Admitted *Pro Hac Vice*) |
| TED K. JOE (SBN 242589) | JOSEPH M. KUO (Admitted *Pro Hac Vice*) |
| DERGOSITS & NOAH LLP | OLSON & HIERL, LTD. |
| Four Embarcadero Center, Suite 1450 | 20 North Wacker Drive 36th Floor |
| San Francisco, California 94111 | Chicago, Illinois 60606-3181 |
| Tel: (415) 705-6377 | Tel.: (312) 580-1180 |
| Fax: (415) 705-6383 | Fax: (312) 580-1189 |
| E-mail: tnoah@dergnoah.com | E-mail: aolson@olsonhierl.com |
| tjoe@dergnoah.com | jkuo@olsonheirl.com |

Attorneys for Plaintiff            Attorneys for Defendant
ROBOLAW CORPORATION       DEVRY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBOLAW CORPORATION, | Case No. C 07 0903 JL |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| DEVRY, INC. | |
| Defendant. | |

Robolaw Corporation and DeVry, Inc. ("the Parties") hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' August 27, 2007 Settlement Agreement. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

                                                    DERGOSITS & NOAH LLP

DATED: October 3, 2007          By:  /s/ Todd A. Noah
                                                    Todd A. Noah
                                                    Attorneys for Plaintiff
                                                    ROBOLAW CORPORATION

-1-

OLSON & HIERL, LTD.

DATED: October 3, 2007        By: /s/ Joseph M. Kuo
                                                  Attorneys for Defendant
                                                  DEVRY, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Joseph M. Kuo.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

October 9, 2007
Dated: ~~October 3, 2007~~ XXXXXXXX        _James Larson_
                                       Hon. James Larson
                                       United States Magistrate Judge